IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,            Case No. 3:12cr136

          Plaintiff,          :          JUDGE WALTER H. RICE

                              :

v.

                              :

RICHARD RAMOS,

                              :

          Defendant.

---

ENTRY REFERRING DEFENDANT TO DR. MASSIMO De MARCHIS, PSY.D.,
FOR AN EXAMINATION TO DETERMINE PRESENT MENTAL STATUS OF
DEFENDANT, PURSUANT TO 18 U.S.C.§3552(c); PROCEDURES ORDERED
OF COUNSEL; REQUEST OF DR. De MARCHIS AND OF COUNSEL

---

This Court, on its own motion and with the full concurrence of both government counsel and

counsel for defendant, refers the defendant to Dr. Massimo De Marchis, Psy.D., for a determination

of defendant's present mental status, pursuant to 18 United States Code §3552(c) and for a report

of said evaluation.

Defendant is currently incarcerated in the Montgomery County Jail. The officials at the

Montgomery County Jail are to do all within their power to facilitate this evaluation.

It is the request of this Court that counsel for the defendant and the government furnish Dr.

De Marchis with any materials and/or statements they wish within seven days from date of this

Entry. For its part, the Court will furnish the pre-sentence investigation report, all supervised release

violation petitions, and materials from Mr. Ramos' probation officer (CAM assessment and report

from Sojourner's) to Dr. De Marchis. Dr. De Marchis should delay any evaluation until expiration

of the seven-day period.

Dated: September 17, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copy to:
Counsel of record
United States Marshals Office
Montgomery County Jail